IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOMBARDIER CAPITAL, INC., | } |
| Plaintiff, | } |
| v. | } CIVIL ACTION NO. |
| BROTHERS BOAT SALES, INC., et al., | } CV-00-AR-3471 |
| Defendants. | } |

FILED
01 JUL 16 PM 1:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUL 16 2001

## MEMORANDUM OPINION

The court has for consideration the motion of plaintiff, Bombardier Capital, Inc., for summary judgment and the suggestions of bankruptcy filed by individual defendants, Steven Ray Holmes and Lebron L. Holmes in bankruptcy cases numbers 01-41390 and 01-41391. There having been no response to the motion for summary judgment except for the suggestions of bankruptcy, the undisputed and dispositive facts are that defendant, Brothers Boat Sales, Inc., owes plaintiff the following sums:

| | |
|---|---|
| Out of Trust | $288,923.16 |
| Deficiency | 41,385.73 |
| Attorneys' Fees and Expenses | 8,019.38 |
| Total | $338,328.27 |

By separate order judgment will be entered in favor of plaintiff and against defendant, Brothers Boat Sales, Inc., and an order of dismissal without prejudice in recognition of the bankruptcy stay will be entered in favor of defendants, Steven Ray Holmes and Lebron L. Holmes.

DONE this /6th day of July, 2001.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　WILLIAM M. ACKER, JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE